```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID J. GALLEGOS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  SOVANARA SANN

 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    )  No. 2:11-MJ-00347-GGH
15                               )
                Plaintiff,       )
16                               )  STIPULATION TO CHANGE PLEA
         v.                      )
17                               )
    SOVANARA SANN,               )  Date:  January 18, 2012
18                               )  Time:  9:00 a.m.
                Defendant.       )  Judge: Hon. Gregory G. Hollows
19                               )
    _____)
20
21       IT IS HEREBY STIPULATED between the parties through their

22  respective counsel, Nicholas Fogg, Special Assistant United States

23  Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

24  attorney for SOVANARA SANN, and Certified Student Attorney, David J.

25  Gallegos, that the Court vacate the court trial on January 18, 2012 at

26  9:00 a.m. and set a change of plea hearing for January 18, 2012 at 9:00

27  a.m.

28  \\\\\
```

Dated:   December 30, 2011
DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour for
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
Sovanara Sann

/s/ David J. Gallegos
DAVID J. GALLEGOS
Certified Student Attorney

Dated:   December 30, 2011         BENJAMIN B. WAGNER
United States Attorney

/s/ Nicholas Fogg
NICHOLAS FOGG
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: January 3, 2012

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Stip to Change Plea                    -2-