BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-MJ-00347-GGH |
| | ) | |
| Plaintiff, | ) | PROBATION REVOCATION PETITION, |
| | ) | NOTICE OF HEARING and |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| SOVANARA SANN, | ) | DATE: September 6, 2012 |
| | ) | TIME: 2:00 p.m. |
| Defendant. | ) | JUDGE: Hon. Gregory G. Hollows |
| _____ | ) | |

On January 18, 2012, the above-named defendant was given a sentence by United States Magistrate Judge Gregory G. Hollows that included the following terms:

    1. The defendant shall serve a one-year term of Court Probation, subject to the following terms:

       a. The defendant shall pay a $300.00 fine and a special assessment in the amount of $10.00 for Count One of the Information, Driving When Privilege Suspended;

       b. The defendant shall pay monthly installments of $50.00, with the first payment due on February 1, 2012, and all subsequent payments

1

due on the tenth day of the month for a period of six months.

The United States alleges that the defendant has violated these conditions as follows:

1. The defendant has paid $60.00 of the $310.00 total monetary obligation owed for Count One.  Full payment of that obligation was due on July 10, 2012.

The United States therefore petitions the Court to add this matter on its September 6, 2012 calendar for a probation revocation hearing to allow the defendant to show cause why the probation granted on January 18, 2012, should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 27, 2012         Respectfully submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney


                                /s/ Nick Fogg
                               NICHOLAS M. FOGG
                               Special Assistant U.S. Attorney

**<u>ORDER</u>**

It is Hereby Ordered that the defendant appear on September 6, 2012, at 2:00 p.m. to show cause why the probation granted on January 18, 2012, should not be revoked.

IT IS SO ORDERED.

Dated: August 31, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE