UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-MJ-00347-GGH |
| Plaintiff, | |
| v. | ORDER GRANTING REQUEST TO WITHDRAW PROBATION VIOLATION PETITION |
| SOVANARA SANN, | |
| Defendant. | |

**ORDER**

It is hereby ordered that plaintiff United States of America's request to withdraw the petition for revocation of probation filed against defendant SOVANARA SANN is GRANTED. It is further ordered that the abstract issued on September 6, 2012, is RECALLED.

DATED: March 23, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE